## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| Marchelle Bailey | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:03cv300 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| Winkle Bus Company, et al. | : | | |
| | : | | |
| Defendant. | : | | |

## ORDER ON MOTION TO DISMISS

Defendant's Motion to Dismiss [doc. #10] is DENIED in part and GRANTED in part. Given the low threshold for notice pleading, *see* Swierkiewicz v. Sorema N.A., 534 U.S. 506, 511-14 (2002), this Court cannot say that there exists no set of circumstances that Plaintiff could adduce with respect to this complaint which would allow a jury to find in her favor. Accordingly, the motion is dismiss is DENIED as to counts 1 and 2, and GRANTED without objection as to counts 3 and 4. The Plaintiff will file an amended complaint dropping Counts 3 and 4.

The parties will file a joint status report by April 2, 2004, and a status conference will be held on April 15, 2004, at 11:30 a.m.

                                                        IT IS SO ORDERED.

                                        /s/      Mark R. Kravitz

                                                    U.S.D.J.

Dated at New Haven, Connecticut: October 27, 2003

RE:     **CASE NO. 3:03cv300 (MRK)**

------------------------------------------------------------------

TO:     **COUNSEL OF RECORD:**

------------------------------------------------------------------

On or before **April 2, 2004,**

THE PARTIES SHALL SUBMIT TO THE CHAMBERS OF THE HONORABLE MARK R. KRAVITZ[with certification copies sent to all counsel of record] AN ORIGINAL STATUS REPORT, STATING THE FOLLOWING:

    (a)  THE STATUS OF THE CASE, IDENTIFYING ANY PENDING MOTIONS, OR ANY CIRCUMSTANCES POTENTIALLY INTERFERING WITH THE PARTIES' COMPLIANCE WITH THE SCHEDULING ORDER;

    (b)  INTEREST IN REFERRAL FOR SETTLEMENT PURPOSES TO A UNITED STATES MAGISTRATE JUDGE OR TO THE DISTRICT`S SPECIAL MASTERS PROGRAM;

    (c)  WHETHER THE PARTIES WILL CONSENT TO A TRIAL BEFORE A MAGISTRATE JUDGE; AND

    (d) THE ESTIMATED LENGTH OF TRIAL.

NO STATUS REPORTS WILL BE ACCEPTED VIA FACSIMILE.

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK