10/03/03

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Monday October 27, 2003

1:00 p.m.

CASE NO.  3-03-cv-300 Bailey v Winkle Bus Co
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| Allison M. Daly | Robinson & Cole, 280 Trumbull St., Hartford, CT 860-275-8200 |
| Justine Fitzgerald Miller | 258 Church St., New Haven, CT  865-6401 |
| Anne Noble Walker | Robinson & Cole, 280 Trumbull St., Hartford, CT 860-275-8200 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

STATUS CONFERENCE HELD

DATE: 10/27/03

20 min.