UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCHELLE BAILEY,<br>    Plaintiff, | CIVIL NO. 3:03CV300 (MRK) |
| V. | |
| WINKLE BUS COMPANY,<br>    LAURIE WINKLE,<br>      in her individual and official capacities,<br>AND<br>    CRAIG WINKLE,<br>      in his individual and official capacities,<br>    Defendants. | NOVEMBER 26, 2003 |

## DEFENDANTS' NOTICE OF COMPLIANCE

The Defendants, Winkle Bus Company, Laurie Winkle and Craig Winkle, hereby give notice that they provided the Plaintiff with initial disclosures as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure on the above date.

DEFENDANTS,
WINKLE BUS COMPANY, LAURIE
WINKLE and CRAIG WINKLE

By _/s/ Allison M. Daly_
Anne Noble Walker (ct 11637)
E-mail: awalker@rc.com
Allison M. Daly (ct 23994)
E-mail: adaly@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

HART1-1143902-1

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 26th day of November, 2003, to:

Justine FitzGerald Miller
Law Offices of Justine F. Miller
258 Church Street
P.O. Box 3261
New Haven, CT 06510

_____
Allison M. Daly