FILED

Dec 8  3 32 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARCHELLE BAILEY | : | 3:03 CV 300 (MRK) |
| VS. | : | JURY TRIAL DEMANDED |
| WINKLE BUS COMPANY, | | |
| LAURIE WINKLE,<br>in her individual and official<br>capacities | | |
| AND | | |
| CRAIG WINKLE,<br>in his individual and official<br>capacities | : | DECEMBER 5, 2003 |

### NOTICE OF FILING
### SECOND AMENDED COMPLAINT
### PURSUANT TO ORDERS OF THE COURT
### DATED OCTOBER 27, 2003

The Plaintiff in the above entitled matter, hereby gives notice of filing her Second Amended Complaint in accordance with the orders of the Court (Kravitz, J.) Dated October 27, 2003.

THE PLAINTIFF
MARCHELLE BAILEY

By *Justine FitzGerald Miller*
Justine FitzGerald Miller
Law Offices of Justine F. Miller
258 Church Street
P.O. BOX 3261
New Haven, CT 06510
Telephone (203) 865-6401
Federal Bar # CT 07957

## CERTIFICATION

It is hereby certified that a copy of the foregoing was sent via first class mail, postage prepaid on the ___5TH___ day of December, 2003 to the following counsel of record:

Ann Noble Walker
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

Allison Daly
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103-3597

_____
Justine FitzGerald Miller