UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Marchelle Bailey

V.                                              Case Number:   3:03cv300 MRK

Winkle Bus Co, et al


NOTICE TO COUNSEL
---------------------

The above-entitled case was reported to the Court on March 16, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 15, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at New Haven, Connecticut, March 16, 2004.


KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk