UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARCHELLE BAILEY,<br>   Plaintiff, | :    CIVIL NO. 3:03CV300 (MRK) |
| V. | |
| WINKLE BUS COMPANY,<br>   LAURIE WINKLE,<br>     in her individual and official capacities,<br>AND<br>   CRAIG WINKLE,<br>     in his individual and official capacities,<br>   Defendants. | : MARCH 8, 2004 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties in the above-captioned case hereby stipulate to a dismissal with prejudice of all claims in this case, each party to bear her or its own costs and expenses.

HART1-1164154-1

PLAINTIFF,
MARCHELLE BAILEY

By _/s/ Justine F. Miller_
Justine F. Miller (ct 07957)
Law Offices of Justice F. Miller
258 Church Street
P.O. Box 3261
New Haven, CT 06515-0361
(203)865-6401

DEFENDANTS,
WINKLE BUS COMPANY, LAURIE
WINKLE, IN HER INDIVIDUAL AND
OFFICIAL CAPACITIES AND CRAIG
WINKLE, IN HIS INDIVIDUAL AND
OFFICIAL CAPACITIES

By _/s/ Allison M. Daly_
Anne Noble Walker (ct 11637)
E-mail: awalker@rc.com
Allison M. Daly (ct 23994)
E-mail: adaly@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
Tel. No.: (860) 275-8200
Fax No.: (860) 275-8299

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 29th day of March, 2004, to:

Justine FitzGerald Miller
Law Offices of Justine F. Miller
258 Church Street
P.O. Box 3261
New Haven, CT  06510

_____
Allison M. Daly