UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Marchalle Bailey

V.                                Case Number: 3:03cv300(MRK)

Winkle Bus Co., et al

**ORDER**

\_\_\_\_\_**Stipulation for Dismissal of Case** Doc. # **28** - **ORDERED ACCORDINGLY**

Dated at New Haven, Connecticut, March 30, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Lori Inferrera
    Deputy-in-Charge